# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Kimyatta Chaney                  :

                                         :         Chapter 13

                                         :         Case No. 23-12243

        Debtor(s)

## PREACIPE TO CONVERT CHAPTER 13 CASE TO A CHAPTER 7 CASE

Debtor by and through her counsel, Everett Cook, Esq, kindly asks the Clerk of Court to convert her Bankruptcy Case from a Chapter 13 to a Chapter 7 case. There has been a substantial change (reduction) in debtor's income and she will be unable to continue with her proposed plan payments.

                                                            Respectfully submitted:

Dated: 11/7/2023                                  Signed: /s/ Everett Cook
                                                            By: Everett Cook, Esq.
                                                            Attorney ID #202039

                                                            LAW OFFICES OF EVERETT COOK, P.C.
                                                            1605 N. Cedar Crest Blvd., Suite 520
                                                            Allentown, PA 18104
                                                            Phone: 610-351 3566
                                                           Fax: 610.351.3556
                                                           bankruptcy@everettcooklaw.com