# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:    Case No. 23-12243-mdc

Kimyatta Chaney,    Chapter 7

Debtor.

**Praecipe to Withdraw Appearance as Counsel for Debtor**

To the Clerk of Court:

Please withdraw my appearance as counsel for the debtor in this matter. On November 7, 2023, John Everett Cook entered an appearance as counsel for the debtor pursuant to L.B.R. 9010-1(c)(1). Thank you.

Date: November 13, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com