**UNITED STATES BANKRUTPCY COURT**
**EASTERN DISTRICT OF PENNSYVLANIA**

| | | |
|---|---|---|
| IN RE:  Kimyatta Chaney | : | Chapter:  7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 23-12243-MDC |

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**

**AND NOW**, the docket reflecting that the Debtor failed to appear at two scheduled §341 Meetings of Creditors,

It is hereby **ORDERED** that a hearing shall be held **on February 28, 2024 at 10:30 am** in the Robert N.C. Nix, Sr. Federal Courthouse, 2nd Floor, 900 Market St., Courtroom #2, Philadelphia, PA, to consider whether this case should be dismissed.  See 11 U.S.C. §§105(a), 707(a).  ***This is a telephonic hearing.  Dial 877-336-1828 with access code 7855846***

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be **DISMISSED** without further notice or hearing.

Date:  January 29, 2024

**Magdeline D. Coleman**
**U.S. Bankruptcy Judge**